UNITED STATES of America,
Plaintiff–Appellee

v.

Nathaniel Jeremy SALAZAR,
Defendant–Appellant.

No. 07–10260
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Aug. 21, 2007.

Tanya K. Pierce, Assistant U.S. Attorney, Jeffrey Robert Haag, U.S. Attorney's Office, Northern District of Texas, Lubbock, TX, for Plaintiff–Appellee.

Clinton W. Cook, Law Offices of Clinton W. Cook, Lubbock, TX, for Defendant–Appellant.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Before HIGGINBOTHAM, SMITH, and CLEMENT, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Nathaniel Jeremy Salazar has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Salazar has filed a response. Our independent review of the record, counsel's brief, and Salazar's response discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

Before HIGGINBOTHAM, SMITH, and CLEMENT, Circuit Judges.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

